968

No. 78–5274. SHIPPY, AKA PREWITT *v.* ESTELLE, CORREC-
TIONS DIRECTOR, ET AL. Ct. Crim. App. Tex. Certiorari
denied based on respondents' representation that "[a]s long
as [petitioner] is actively pursuing his right to a writ of
habeas corpus, [he] will not be executed." Brief in Opposi-
tion 3.

No. 78–1049. ALIQUIPPA & SOUTHERN RAILROAD CO. ET AL.
*v.* UNITED STATES ET AL.; and
No. 78–1069. BALTIMORE & OHIO CHICAGO TERMINAL
RAILROAD CO. ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir.
Certiorari denied. MR. JUSTICE POWELL took no part in the
consideration or decision of these petitions. Reported below:
583 F. 2d 678.

No. 78–5535. BODDE *v.* TEXAS. Ct. Crim. App. Tex. Cer-
tiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL,
dissenting.

Adhering to our views that the death penalty is in all cir-
cumstances cruel and unusual punishment prohibited by the
Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428
U. S. 153, 227, 231 (1976), we would grant certiorari and
vacate the death sentence in this case.

No. 77–1567. BUCK *v.* HUNTER ET AL., 439 U. S. 1059;
No. 78–730. AMERICAN EXPORT LINES, INC., ET AL. *v.*
METAL TRADERS, INC., 439 U. S. 1128;
No. 78–786. McDANNALD *v.* HILL, ATTORNEY GENERAL OF
TEXAS, ET AL., 439 U. S. 1128;
No. 78–5784. GIBSON *v.* MISSOURI PACIFIC RAILROAD CO.
ET AL., *ante,* p. 921; and
No. 78–5819. ALERS *v.* TOLEDO ET AL., 439 U. S. 1131.
Petitions for rehearing denied.